**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BARBARA C. ROBINSON,

    Plaintiff,

v.                                                 Case No. 3:12-cv-197-J-34MCR

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 9; Stipulation) filed on June 30, 2012.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of July, 2012.

                                                                         MARCIA MORALES HOWARD
                                                                        United States District Judge

ja

Copies to:

Counsel of Record